**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                                    **Case No.: 5:25cr20-MW/MJF**

**JACQUELINE WALLACE,**

   *Defendant.*
_____/

**ORDER GRANTING MOTION TO CONTINUE TRIAL**

This Court has considered, without hearing, Defendant's unopposed motion to continue trial. ECF No. 34. This Court finds a continuance of the trial currently scheduled for September 22, 2025, is appropriate for the reasons stated in the motion, and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendant in a speedier trial. Accordingly, the motion is **GRANTED**. The Clerk shall re-notice the trial for **Monday, November 24, 2025**.

   **SO ORDERED on September 16, 2025.**

                                                                   s/Mark E. Walker_____
                                                                  **United States District Judge**