# United States District Court

CRIMINAL MINUTES - GENERAL

---

Case #  5:25cr20-MW    Date   September 22, 2025

---

DOCKET ENTRY:    Status Conference Held 10:39 a.m. – 10:49 a.m.

Parties discuss case status.  Ruling by Court:  Jury trial rescheduled to 11/20/25.  Parties expect two days for trial.  Parties to file proposed voir dire topics, redacted/competing indictment and witness/exhibit lists by 11/12/25.  Government to file proposed jury instructions and verdict form by 11/12/25.  Defense to file objections to jury instructions by 11/14/25.

---

PRESENT:  HONORABLE MARK E. WALKER, CHIEF UNITED STATES DISTRICT JUDGE

| Victoria Milton McGee | Megan Hague | Eric Welch | |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Asst US Atty | USPO |

U.S.A. v. (Defendant Listed Below)            Attorney for Defendant
JACQUELINE DIANNE WALLACE                    Janese Caruthers
☒ present  ☐ custody  ☒ on release           ☒ present  ☒ appointed  ☐ retained

---

PROCEEDINGS:    Status Conference Held

Initials of Clerk: **VMM**